AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

MICHELLE DUFFY f/k/a  MICHELLE DUFFY PILNY

V.

DATA SEACH N.Y., INC d/b/a TRAK AMERICA, LLC and TRAK AMERICA and BLITT & GAINES PC

CASE NUMBER: 08CV 3836

ASSIGNED JUDGE: JUDGE GUZMAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

BLITT & GAINES PC
661 Glenn Avenue
Wheeling, Illinois 60090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Curtis C. Warner, Warner Law Firm, LLC, 155 N. Michigan Ave. Ste. 737, Chicago, Illinois 60601.

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_Nadine Hirley_
-----------------------------------
**(By) DEPUTY CLERK**

July 7, 2008
-----------------------------------
Date

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE DUFFY f/k/a | ) | |
| MICHELLE DUFFY PILNY, | ) | |
| | ) | 08 C 3836 |
| Plaintiff, | ) | |
| | ) | Judge Guzman |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| DATA SEACH N.Y., INC d/b/a | ) | |
| TRAK AMERICA, LLC and TRAK AMERICA; | ) | |
| and BLITT & GAINES PC, | ) | |
| | ) | |
| Defendants, | ) | |

**STIPULATION**

NOW COME Plaintiff Michelle Duffy f/k/a Michelle Duffy Pilny ("Plaintiff") by and through her counsel, and Blitt & Gaines PC ("Blitt & Gaines") through Fred Blitt and enter into the following stipulation:

1. Blitt & Gaines accepts service of process in this matter as of July 7, 2008;

2. Plaintiff agrees to a 14 day extension of time beyond the required response date for Blitt & Gaines to answer the Complaint or otherwise plead; and

3. Plaintiff's counsel shall request the Court on the July 10, 2008, motion to reassign this matter as related to *Sylverne v. Data Search N.Y., Inc.*, 08 C 31 (N.D. Ill.) to enter and continue the pending motion to reassign for a minimum of 45 days to allow Blitt & Gaines to obtain counsel, answer or otherwise plead, and to determine whether Blitt & Gaines will oppose the pending motion to reassign.

SO STIPULATED TO:

s/ Fred Blitt (with consent)            s/ Curtis C. Warner
BLITT & GAINES PC                       Warner Law Firm, LLC

1

2

| | |
|---|---|
| By: Fred Blitt | By: Curtis C. Warner |
| 661 Glenn Avenue | 155 N. Michigan Ave. Ste. 737 |
| Wheeling, Illinois 60090 | Chicago, Illinois 60601 |
| | *Counsel for Plaintiff* |

DATE:  7/7/2008　　　　　　　　　　　　　　DATE: 7/7/2008

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE DUFFY f/k/a<br>MICHELLE DUFFY PILNY,<br><br>        Plaintiff,<br><br>   v.<br><br>DATA SEACH N.Y., INC d/b/a<br>TRAK AMERICA, LLC and TRAK AMERICA;<br>and BLITT & GAINES PC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 08 C 3836<br><br>Judge Guzman<br><br>Magistrate Judge Cole |

**CERTIFICATE OF SERVICE**

I, Curtis C. Warner, hereby certify that on July 9, 2008, I filed electronically the Return of Service by Stipulation on Defendant Blitt & Gaines PC using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered:

A copy via e-mail has been sent to:

BLITT & GAINES PC
Fred Blitt                        fred@collectalot.com
Blitt & Gaines PC
661 Glenn Avenue
Wheeling, Illinois 60090

David M Schultz                   dschultz@hinshawlaw.com
Todd Philip Stelter               tstelter@hinshawlaw.com
Hinshaw & Culbertson
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081

A copy has been sent via US Mail to:

Data Search N.Y., Inc. d/b/a Trak America
6851 Jericho Turnpike, Suite 190

1

Syosset, NY 11791

                        Respectfully submitted,

                        <u>s/ Curtis C. Warner</u>
                        Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)