# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MICHELLE DUFFY f/k/a MICHELLE
DUFFY PILNY

CASE NUMBER: 08CV 3836

V.

ASSIGNED JUDGE: JUDGE GUZMAN

DATA SEACH N.Y., INC d/b/a
TRAK AMERICA, LLC and TRAK AMERICA
and BLITT & GAINES PC

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

DATA SEACH N.Y., INC d/b/a
TRAK AMERICA, LLC and TRAK AMERICA
6851 Jericho Turnpike, Suite 190
Syosset, NY 11791

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Curtis C. Warner, Warner Law Firm, LLC, 155 N. Michigan Ave. Ste. 737, Chicago, Illinois 60601.

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Nadine Hurley* (signature)

----------------------------------
(By) DEPUTY CLERK

July 7, 2008

----------------------------------
Date

# RETURN OF SERVICE

CASE 1:08-CV-03836

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 10, 2008 |
| NAME OF SERVER (PRINT) Jonathan Kahn | TITLE Lead Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: TRAK AMERICA, LLC 6851 JERICHO TPK SUITE 190 SYOSSET, NY 11791

COPIES LEFT WITH CARL HERN*, MANAGER ON JULY 10 2008 AT 3:25 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

* MALE WHITE, STUD EARRING IN LEFT EAR
AGE: APROX 40
5'8" 160 LBS.
SHORT BROWN HAIR

STATE OF NEW YORK
COUNTY OF SUFFOLK

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $80.00 | $80.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 10, 2008
Date

Signature of Server

Jonathan Kahn
924 Hawkins Ave.
Lake Grove NY 11755
Address of Server

SUBSCRIBED AND SWORN TO BEFORE ME THIS 10 DAY OF July, 2008.
BY Jonathan Kahn

NOTARY PUBLIC

PAUL PATRICK TAYLOR
Notary Public, State of New York
No. 4862940
Qualified in Suffolk County
Commission Expires 6/23/10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.